IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CLARENCE OLIN MARLER and GREG MARLER CHARTER BOATS, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 13-0423-CG-N ) |
| TINA PLATTSMIER COOK, JOEL C. COOK, and NAUTICAL EXCURSIONS, LLC, | ) ) ) ) |
| Defendants. | ) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 18, 2013 is **ADOPTED** as the opinion of this Court. It is **ORDERED** that defendants' motion to dismiss (Doc. 28) the amended complaint is hereby **DENIED**.

**DONE and ORDERED** this 6th day of December, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE